

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00619-CV

Odette Gittins d/b/a Magic Phone
v.
MetroPCS Texas, LLC, Jackson Wireless, LLC, Javier Pena and Juan Castillo

On appeal from the
92nd District Court of Hidalgo County, Texas
Trial Cause No. C-2363-17-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for lack of jurisdiction. The Court orders the appeal DISMISSED FOR LACK OF JURISDICTION in accordance with its opinion. Costs of the appeal are taxed against appellant.

We further order this decision certified below for observance.

December 14, 2017